## File Hashes for IP Address 24.126.106.214

**ISP:** Comcast Cable
**Physical Location:** Washington, DC

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 01/02/2013 17:36:14 | 3275AC7BCF3A4A75069F663ED5D84BF1D2E3882D | Unforgettable View #2 |
| 01/02/2013 15:59:00 | 424DC6B514FD47431F79C2A09158FB9240F381E7 | Together Again |
| 10/23/2012 00:24:10 | 417D14B60BA217366404117090E2971CFB464423 | Perfect Lovers |
| 10/23/2012 00:20:36 | F87705182E5524E0FA18720AE6A56F586DB42223 | Angie VIP Lounge |
| 10/23/2012 00:12:24 | C4ECA237B0325ADAD9CEACF45D0EEEB888E8E37D | The Masseuse |
| 10/23/2012 00:08:46 | 0AA188B118CC0BEE2E97576329E95EE26C64BB5E | After Hours |
| 10/23/2012 00:07:18 | C94D57623DD07D3444080B1363670BB53D43B748 | Heavenly Brunettes |
| 10/23/2012 00:01:31 | B52E9AA99AFF1E162B76E66B6CAE2FDE288BF2D3 | Constance Aaron X-Art on TV |
| 10/23/2012 00:01:11 | 9DBFF1CD6249AA5AF9C2CD44E80651CB5EBD518E | Blonde Ambition |
| 10/23/2012 00:00:49 | A2B241910AF054A2952F534471357539F786F52A | Leila Last Night |
| 10/22/2012 23:59:28 | 083E3B3D13FF63DD167EDA1B20907DEDC6D2F0A6 | Silvie Eufrat Strip Poker |
| 10/22/2012 13:43:59 | B9FEB049859ABFD26080D87A94FD86B89504A2FA | Wild at Heart |
| 10/22/2012 13:28:27 | 6682E594C75F8C3CDD9C6B442561FA924806539C | Like The First Time |
| 10/22/2012 13:19:34 | 43F39726CF50A4F81D920F748E8FFCC3B69CE1F8 | Perfect Girls |
| 10/22/2012 13:13:28 | D6BEDE8E4A41504FCB1AE17C141161A47AF2E067 | Introducing Kaylee |
| 10/22/2012 13:11:39 | 305261E178F1D06CC77BB429C957E8355939307D | Silver Bullets |
| 10/22/2012 12:57:46 | 77A45D676CEF28F3EA2E9ACB4C602CADC6BBAA69 | Introducing Diana |
| 10/20/2012 14:40:03 | 58613DDA5CDF945645A0D8B865626268F5D7BDDB | Young Passion |
| 10/20/2012 14:38:44 | 7753482258D4E58CFB5F06C59DB6445C826B279A | Flexible Beauty |
| 10/20/2012 14:35:47 | F0DDABC259253836A28932B365AFB0D1387A1992 | Dangerous Game |
| 10/20/2012 14:30:46 | ACB73794C4DF7F794D83E8A9ED212A8D0CD29012 | Miss Perfect |
| 10/20/2012 14:26:23 | 9EB2EB166439A393FB057A0249EC686B75B8512B | Russian Invasion |
| 10/18/2012 17:52:53 | BC2FB2F0B4C21041E44FF3ED68364E5365D0856D | Wild Things |

EXHIBIT A

DC45

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/18/2012 17:48:30 | D4910A575283A5F7686A90F4DEF9B48E85D33E71 | Three for the Show |
| 10/18/2012 17:41:32 | A2C51A61409258952A469C9C1DF8C197CC5C85AE | Threes Company |
| 10/18/2012 11:15:44 | 734F126C0CE8277035CD1035761185BA1E3B341A | Red Hot |

**Total Statutory Claims Against Defendant: 26**

EXHIBIT A

DC45