**Copyrights-In-Suit for IP Address 24.126.106.214**

**ISP:** Comcast Cable
**Location:** Washington, DC

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| After Hours | PA0001780461 | 11/21/2011 | 03/10/2012 | 10/23/2012 |
| Angie VIP Lounge | PA0001771705 | 11/28/2011 | 01/17/2012 | 10/23/2012 |
| Blonde Ambition | PA0001779796 | 03/05/2012 | 03/06/2012 | 10/23/2012 |
| Constance Aaron X-Art on TV | PA0001771707 | 12/02/2011 | 01/17/2012 | 10/23/2012 |
| Dangerous Game | PA0001810505 | 10/10/2012 | 10/14/2012 | 10/20/2012 |
| Flexible Beauty | PA0001811853 | 10/19/2012 | 10/26/2012 | 10/20/2012 |
| Heavenly Brunettes | PA0001780766 | 03/07/2012 | 03/14/2012 | 10/23/2012 |
| Introducing Diana | PA0001789511 | 05/11/2012 | 05/11/2012 | 10/22/2012 |
| Introducing Kaylee | PA0001783646 | 04/01/2012 | 04/03/2012 | 10/22/2012 |
| Leila Last Night | PA0001775906 | 02/01/2012 | 02/17/2012 | 10/23/2012 |
| Like The First Time | PA0001778844 | 02/29/2012 | 02/29/2012 | 10/22/2012 |
| Miss Perfect | PA0001809284 | 10/01/2012 | 10/07/2012 | 10/20/2012 |
| Perfect Girls | PA0001783454 | 03/28/2012 | 03/28/2012 | 10/22/2012 |
| Perfect Lovers | PA0001785959 | 07/20/2011 | 04/09/2012 | 10/23/2012 |
| Red Hot | PA0001810503 | 10/12/2012 | 10/14/2012 | 10/18/2012 |
| Russian Invasion | PA0001808629 | 09/26/2012 | 09/28/2012 | 10/20/2012 |
| Silver Bullets | PA0001790373 | 05/13/2012 | 05/16/2012 | 10/22/2012 |
| Silvie Eufrat Strip Poker | PA0001775909 | 02/06/2012 | 02/17/2012 | 10/22/2012 |
| The Masseuse | PA0001779634 | 11/25/2011 | 03/08/2012 | 10/23/2012 |
| Three for the Show | PA0001808630 | 09/24/2012 | 09/28/2012 | 10/18/2012 |
| Threes Company | PA0001804939 | 08/17/2012 | 08/15/2012 | 10/18/2012 |
| Together Again | PA0001819288 | 12/28/2012 | 01/01/2013 | 01/02/2013 |

EXHIBIT B

DC45

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Unforgettable View #2 | PA0001817765 | 12/13/2012 | 12/16/2012 | 01/02/2013 |
| Wild at Heart | PA0001785969 | 04/08/2012 | 04/09/2012 | 10/22/2012 |
| Wild Things | PA0001809287 | 10/05/2012 | 10/07/2012 | 10/18/2012 |
| Young Passion | PA0001811852 | 10/17/2012 | 10/26/2012 | 10/20/2012 |

**Total Malibu Media, LLC Copyrights Infringed:  26**