**Expanded Surveillance of IP Address 24.126.106.214**

**ISP:** Comcast Cable
**Location:** Washington, DC

| Hit Date UTC | Filename |
|---|---|
| 01/21/2013 | [ www.Torrenting.com ] - Grassroots.2012.LIMITED.DVDRip.XviD-MARGiN |
| 01/20/2013 | Ra Ra Riot - Beta Love (2013) |
| 01/19/2013 | Taken 2 (2012) |
| 01/18/2013 | Girls.S02E01.HDTV.x264-ASAP.mp4 |
| 01/18/2013 | Rust And Bone [2012] BRRip XviD - CODY |
| 01/18/2013 | 30.Rock.S07E09.HDTV.x264-2HD.mp4 |
| 01/18/2013 | 30.Rock.S07E10.HDTV.x264-LOL.mp4 |
| 01/17/2013 | Life.Of.Pi.2012.SILVER.TS.XVID-26K |
| 01/17/2013 | Amour (2012) Love HQ AC3 DD5.1 (Externe Eng Ned Subs) |
| 01/17/2013 | Lincoln.2012.SCR.Xvid.AC3.Legend-Rg |
| 01/17/2013 | SILVER LININGS DVDRIP EDAW2013 |
| 01/17/2013 | Les.Miserables.2012.DVDSCR-EDAW2013 |
| 01/17/2013 | 61tiboh HKcedNo.1 |
| 01/17/2013 | Argo.2012.DVDSCR.XviD-WTF |
| 01/16/2013 | The.Sessions.2012.DVDRip.Xvid AC3 Legend-Rg |
| 01/16/2013 | Renoir 2013 DVDRiP XViD-nLiBRA |
| 01/16/2013 | Adriana Middle Eastern  Brother .flv |
| 01/16/2013 | [Real Madrid 1 - 2 R.C. Deportivo].[Final Copa del Rey 2002].[DVDR].[Riazor.org] |
| 01/16/2013 | Zero Dark Thirty.mp4 |
| 01/16/2013 | Dredd.2012.CROPPED.HDRIP.XviD-NYDIC |
| 01/16/2013 | [UsaBit.com] -The.Raid.Redemption.2011.HDRip XviD-playXD |
| 01/16/2013 | nedivx.bernie-xvid |

EXHIBIT C

DC45

| Hit Date UTC | Filename |
|---|---|
| 01/16/2013 | Frankenweenie.2012.DVDRip.XviD-COCAIN |
| 01/14/2013 | [ www.Speed.Cd ] - Escapee[2011]DVDRip XviD-ETRG |
| 01/13/2013 | Historias Minimas (Argentina)-2002.avi |
| 01/11/2013 | Rowling 2 Harry Potter and The Chamber of Secrets.epub |
| 01/10/2013 | Sleepwalk.With.Me.2012.LIMITED.BDRip.XviD-SPARKS |
| 01/10/2013 | Pitch Perfect (2012) |
| 01/09/2013 | Facts of Life |
| 01/06/2013 | Premium.Rush.2012.DVDRiP.XViD-PSiG |
| 01/05/2013 | Counter -Strike Global Offensive Activation Key by VALVE |
| 01/05/2013 | [G3S]High Score 04.mp4 |
| 01/04/2013 | Family.Guy.S11E07.HDTV.x264-LOL.mp4 |
| 01/04/2013 | Family Guy S11E08 HDTV x264-LOL[ettv] |
| 01/02/2013 | X-Art - Unforgettable View Part II - Addison [1080p].mov |
| 01/02/2013 | x-art_baby_susie_then_they_were_three_540.wmv |
| 01/02/2013 | X-Art - Inside Perfection - Angelica [720p].mov |
| 01/02/2013 | x-art_baby_together_again_720.mp4 |
| 01/02/2013 | x-art_angie_morning_desires_720.wmv |
| 01/02/2013 | My sisters Hot Friend - Allie Haze [720p] [mp4] |
| 01/02/2013 | X-Art - Formidable Beauty - Beatrice [1080p].mp4 |
| 01/02/2013 | X-Art - Young Passion - Baby [720p].mp4 |
| 01/02/2013 | x-art_angelica_naughty_and_nice_1080.mov |
| 01/02/2013 | X-Art - Dangerous Game - Jasmine [1080p].wmv |
| 01/02/2013 | X-Art - Still With Me - Kaylee [1080p].mov |
| 01/02/2013 | X-Art - Tarde Espanola - Addison [720p].mp4 |
| 12/27/2012 | [W4B] 2012-12-13 Magazine The Big Return of Little Caprice (x24) 3840x5760- BY THARKIBABA.NET.rar |

EXHIBIT C

DC45

| Hit Date UTC | Filename |
|---|---|
| 12/27/2012 | Doctor.Who.2005.2012.Christmas.Special.The.Snowmen.HDTV.x264-FoV.mp4 |
| 12/27/2012 | Downton.Abbey.2012.Christmas.Special.A.Journey.To.The.Highlands.HDTV.x264-FoV.mp4 |
| 12/27/2012 | W4B - Love Me - Little Caprice [720p].wmv |
| 12/22/2012 | VA - Billboard 2012 - Year End Hot 100 Songs [2012-Compilation] iTunes M4A NimitMak SilverRG |
| 12/21/2012 | The.Hour.UK.2011.2x01.HDTV.x264-FoV.mp4 |
| 12/21/2012 | The.Hour.UK.2011.S02E03.HDTV.x264-TLA.mp4 |
| 12/21/2012 | The.Hour.UK.2011.2x02.HDTV.x264-FoV.mp4 |
| 12/20/2012 | Homeland.S02E12.PROPER.720p.HDTV.x264-EVOLVE.mkv |
| 12/20/2012 | The.Hour.UK.2011.2x04.HDTV.x264-FoV.mp4 |
| 12/20/2012 | The Bourne Legacy (2012) |
| 12/18/2012 | Babes.12.12.11.Sunny.Leone.Ecstatic.Orgasm.XXX.1080p.x264-SEXORS[rbg] |
| 12/18/2012 | J. K. Rowling - The Casual Vacancy [56] Unabridged |
| 12/18/2012 | babes_bg_sarah_vandella_480p_1500.mp4 |
| 12/18/2012 | Babes - Teenage Romance - Tiffany Thompson.mp4 |
| 12/18/2012 | Homeland.S02E12.720p.HDTV.x264-IMMERSE.mkv |
| 12/18/2012 | babes_BG_abigaile_johnson_480p_1500.mp4 |
| 12/18/2012 | Babes - A Night at Tiffany's - Tiffany Thompson, Nina James [1080p].mp4 |
| 12/18/2012 | Babes - Friends with Benefits - Stoya, Kayden Kross [1080p].mp4 |
| 12/18/2012 | Babes.12.12.12.Cassie.Laine.And.Teal.Conrad.Two.Goddesses.XxX |
| 12/18/2012 | Babes - Wanting You - Tiffany Fox.mp4 |
| 12/18/2012 | babes_bg_rihanna_samuel_480p_1500.mp4 |
| 12/18/2012 | Deception.S01E01.720p.WEB-DL.DD5.1.H.264-KiNGS [PublicHD] |
| 12/17/2012 | i.cr121101iaasic.mp4 |
| 12/17/2012 | Gone Girl- Gillian Flynn.1.torrent |
| 12/17/2012 | CollegeRules - College Fuck Swap [720p].mp4 |
| 12/17/2012 | Homeland.S02E12.HDTV.x264-ASAP.[VTV].mp4 |

EXHIBIT C

DC45

| Hit Date UTC | Filename |
|---|---|
| 12/17/2012 | Homeland S02E12 HDTV x264-ASAP[ettv] |
| 12/17/2012 | Homeland.S02E12.720p.HDTV.x264-IMMERSE [PublicHD] |
| 12/17/2012 | chigi-pg-acth.mp4 |
| 12/13/2012 | Skyfall 2012 TS XViD UNiQUE |
| 12/13/2012 | The.Twilight.Saga.Breaking.Dawn.Part.2.2012.NEW.TS.XviD.AC3-ADTRG |
| 12/10/2012 | First Position |
| 12/10/2012 | 21 Jump Street (2012) DVDrip XviD-C0m3 |
| 12/10/2012 | Swing.Time.1936.DVDrip.576p.H264 |
| 12/10/2012 | Homeland.S02E11.In.Memoriam.480p.WEB-DL.x264-mSD |
| 12/08/2012 | 30.Rock.S07E07.HDTV.x264-LOL.mp4 |
| 12/08/2012 | 30.Rock.S07E06.HDTV.x264-LOL.mp4 |
| 12/08/2012 | 30.Rock.S07E05.HDTV.x264-LOL.mp4 |
| 12/08/2012 | 30.Rock.S07E04.HDTV.x264-LOL.mp4 |
| 12/08/2012 | Men in Black 3[2012]DVDRip XviD-ETRG |
| 12/08/2012 | 30.Rock.S07E08.HDTV.x264-LOL.mp4 |
| 12/07/2012 | Paul F. Tompkins - Laboring Under Delusions (Live in Brooklyn) (2012) 128 |
| 12/07/2012 | [ www.TorrentDay.com ] - Kyle.Kinane.Whiskey.Icarus.2012.HDTV.x264-FQM |
| 12/04/2012 | The.Dark.Knight.Rises.2012.BDRip.XviD-SPARKS |
| 12/04/2012 | [ www.TorrentDay.com ] - Homeland.S02E10.HDTV.x264-EVOLVE |
| 12/04/2012 | The Dark Knight Rises (2012) DVDRip XviD-MAXSPEED |
| 12/04/2012 | Beasts.Of.The.Southern.Wild.2012.By SponxorBlogspot |
| 12/03/2012 | Homeland.S02E10.HDTV.x264-EVOLVE.[VTV].mp4 |
| 12/03/2012 | The.Good.Wife.S04E10.HDTV.x264-LOL.[VTV].mp4 |
| 12/02/2012 | Barfi! 2012 (Japanese) DVDScr.720p - FTW |
| 12/02/2012 | Bad.Girls.8.[720p].mkv |
| 11/29/2012 | Homeland.S01 |

EXHIBIT C

DC45

| Hit Date  UTC | Filename |
|---|---|
| 11/29/2012 | Homeland.S02E09.720p.HDTV.x264-IMMERSE.mkv |
| 11/26/2012 | J Boog - Let's Do It Again.mp3 |
| 11/26/2012 | Homeland.S02E09.HDTV.x264-ASAP.[VTV].mp4 |
| 11/25/2012 | Various Artists - Indie Rock Playlist October (2012) |
| 11/25/2012 | The Expendables 2 [2012] XviD BRRiP - ETRG |
| 11/24/2012 | Supergirl - Full Color - (Comic Comix Comics Ebook Xxx Erotic Adult Hentai Manga).pdf |
| 11/23/2012 | YoungLegalPorn - Juicy Kiss |
| 11/22/2012 | YoungLegalPorn - Fuck Fantastic Girl - LollyPop [1080p].mp4 |
| 11/22/2012 | Zoe_Anjelica_Threesome_Adventure_SD.mp4 |
| 11/22/2012 | YoungLegalPorn - Horny Company - Caprice, Meddie [1080p].mp4 |
| 11/22/2012 | YoungLegalPorn.12.11.20.Kitana.A.Cute.And.Nasty.XXX.1080p.x264-SEXORS[rbg] |
| 11/22/2012 | YoungLegalPorn - Wild Games - Angela, Lindsey, Luiza [720p].mp4 |
| 11/22/2012 | prnfle882x.wmv |
| 11/22/2012 | Orgasms  Ivy, George |
| 11/21/2012 | Orgasms.12.11.13.Jessie.And.Lola.Open.Up.XXX.1080p.MP4-KTR |
| 11/21/2012 | The Help 2011 Cam x264 |
| 11/21/2012 | STAY_INSIDE_1280x720.mov |
| 11/21/2012 | s1226_sensual_massage_hd.mov |
| 11/21/2012 | rsp_allison_aubrey_cara_480p_2600.wmv |
| 11/21/2012 | barra brass - Coat Check Cunt.mp4 |
| 11/21/2012 | Crazy_Afternoon_1280x720.mov |
| 11/21/2012 | The Pirates Band of Misfits (2012)(dvdscr).AC3.5.1.HQ.XviD-GooN |
| 11/21/2012 | rsp_hailey_jodi_mia_368p_750.mp4 |
| 11/21/2012 | Pervs On Patrol - Thena Sky (Flexible Fuck).wmv |
| 11/21/2012 | FEMJOY ARIEL CAPRICE CARISHA FRIENDS 4 EVER |
| 11/21/2012 | flowers_carisha_flowers_FEMJOY_1280x720_WM.wmv |

EXHIBIT C

DC45

| Hit Date UTC | Filename |
|---|---|
| 11/21/2012 | Tiziano Ferro - Nadie Esta Solo |
| 11/21/2012 | Tori-TorridLove.m4v |
| 11/20/2012 | Homeland.S02E08.HDTV.x264-ASAP.[VTV].mp4 |
| 11/20/2012 | easy.a.2010.bdrip.xvid-imbt.avi |
| 11/20/2012 | The Raven 2012 720p HDRip READNFO x264 AAC 26K |
| 11/20/2012 | The X Factor AU S04E05 PDTV x264-RTA |
| 11/20/2012 | rsp_madelyn_taylor-sd169.mp4 |
| 11/20/2012 | Mona.The.Economics.of.Modeling.PublicPickUps.09.24.12.HD_iyutero.com.mp4 |
| 11/20/2012 | Tori_Black_II_-_Intimate_Passions |
| 11/20/2012 | rsp_farrah_monica_rikki-sd169-640x368_H264.mp4 |
| 11/20/2012 | Ballad of Sally Rose |
| 11/20/2012 | Pornstar Superheroes - Tori Black.avi |
| 11/20/2012 | Tori.Black.Nymphomaniac.XXX.DVDRip.XviD-NYMPHO |
| 11/20/2012 | Femjoy.12.07.07.Carisha.XXX.720p.WMV-SITC |
| 11/20/2012 | 2000304.mp4 |
| 11/20/2012 | Deep Purple-Machine Head VideoT_S |
| 11/19/2012 | TonightsGirlfriend - Audrey Bitoni, Nicole Aniston [720p].mp4 |
| 11/19/2012 | TonightsGirlfriend - Submissive - Nicole Aniston [720p] |
| 11/19/2012 | First_Sex_640x360.mov |
| 11/19/2012 | WP-15088 Bobbi Starr, Sensi Pearl and Lizzy London |
| 11/19/2012 | Bobbi Starr from Teagan Presley  The Six.avi |
| 11/18/2012 | Black Gold 2011 BDRip [XviD Eng]-SiC |
| 11/18/2012 | Gossip Girl Season 5 Episode 15 |
| 11/18/2012 | Hit and Run (2012) R5 DVDRip XviD x264 - ExtraTorrent |
| 11/18/2012 | Billy Joel Lenin Sports And Concert Complex (Leningrad, U.S.S.R.) Aug 2, 1987 FM |
| 11/18/2012 | Red.Lights.2012.BluRay.720p.x264-HDChina.mkv |

EXHIBIT C

DC45

| Hit Date UTC | Filename |
|---|---|
| 11/18/2012 | Hope Springs [Italian] DVDRip.XViD MAX |
| 11/18/2012 | Casual Teen Sex - Flowers as a prelude to sex - Veronica 720p xXx.mp4 |
| 11/18/2012 | The Dark Knight Rises [French] PDVD XViD AMIABLE |
| 11/16/2012 | The Verdict-DVDRip[Eng]1982 |
| 11/16/2012 | Legal Eagles (1986) Robert Redford + Debra Winger (Optional MULTISUBS)_Kuth |
| 11/14/2012 | New.Girl.S02E05.S08E04.HDTV.XviD-AFG |
| 11/12/2012 | Homeland.S02E07.The.Clearing.480p.WEB-DL.x264-mSD |
| 11/12/2012 | Downton.Abbey.3x08.HDTV.x264-FoV.mp4 |
| 11/12/2012 | Downton.Abbey.3x07.HDTV.x264-FoV.mp4 |
| 11/12/2012 | Homeland.S02E07.HDTV.x264-ASAP.[VTV].mp4 |
| 11/12/2012 | Homeland.S02E07.720p.HDTV.x264-IMMERSE.mkv |
| 11/06/2012 | The.War.Room.1993.XviD.AC3.avi |
| 11/06/2012 | The.Good.Wife.S04E06.HDTV.x264-LOL.[VTV].mp4 |
| 11/06/2012 | The Amazing Spider Man[2012]DVDRip XviD-ETRG |
| 11/06/2012 | Casa de mi padre.2012.DVDRip.XviD-ALLiANCE |
| 11/05/2012 | Homeland.S02E06.720p.HDTV.x264-IMMERSE.mkv |
| 11/05/2012 | In Time HQ Xvid TORE |
| 11/05/2012 | Homeland.S02E06.HDTV.x264-ASAP.[VTV].mp4 |
| 11/05/2012 | Czech. Amateurs.46.720p.wmv |
| 11/03/2012 | The.Good.Wife.S04E03.HDTV.x264-LOL.[VTV].mp4 |
| 11/03/2012 | The.Good.Wife.S04E04.HDTV.x264-LOL.[VTV].mp4 |
| 11/03/2012 | The.Good.Wife.S04E05.HDTV.x264-LOL.[VTV].mp4 |
| 11/02/2012 | The Avengers 2012 HDRIP XVID AC3-MAJESTiC |
| 11/02/2012 | The Mountain Goats - Transcendental Youth (2012) [MP3 320] |
| 11/01/2012 | Teen Natalya.wmv |
| 10/31/2012 | TeenStarsOnly - Carolina [720p].wmv |

EXHIBIT C

DC45

| Hit Date UTC | Filename |
|---|---|
| 10/31/2012 | Teenstravaganza |
| 10/31/2012 | [DigitalSin] She's So Cute [avi][DVDrip][720x404] |
| 10/31/2012 | Romans 1-8 Bible study from Duluth Bible Church.zip |
| 10/31/2012 | LollipopGirls |
| 10/31/2012 | [PornVilla.Net] - Sgmnstcs |
| 10/30/2012 | [ UsaBit.com ] - Killer.Elite.2011.BRRip.XviD-3LT0N |
| 10/30/2012 | A.Dangerous.Method.2011.BRRip.XviD.AC3-BKZ |
| 10/30/2012 | Supernatural S07E010 HDTV XviD-ASAP |
| 10/30/2012 | The.Inbetweeners.Movie.2011.xvid.avi |
| 10/30/2012 | TeenStarsOnly_Vera, Pocahontas |
| 10/30/2012 | Abraham Lincoln Vampire Hunter[2012]DVDRip XviD-ETRG |
| 10/29/2012 | Teen.Stars.Only.-.Vera.Daria |
| 10/29/2012 | The Simpsons - 20x04 - KABF16 - Treehouse of Horror XIX (2nov08).rmvb |
| 10/29/2012 | Remixes August IX |
| 10/29/2012 | Homeland.S02E05.HDTV.x264-ASAP.mp4 |
| 10/29/2012 | Homeland.S02E05.720p.HDTV.x264-EVOLVE.mkv |
| 10/29/2012 | Homeland.S02E05.PROPER.HDTV.x264-EVOLVE.[VTV].mp4 |
| 10/29/2012 | Seeking.a.Friend.for.the.End.of.the.World.2012.DVDRip.XviD-SPARKS |
| 10/28/2012 | Daredorm - Ordering Strippers - Enchantra.flv |
| 10/27/2012 | Rhyme Torrents Halloween 2.0 |
| 10/27/2012 | 30.Rock.S07E03.HDTV.x264-LOL.mp4 |
| 10/27/2012 | 30.Rock.S07E02.HDTV.x264-LOL.mp4 |
| 10/26/2012 | Take This Waltz (2011).avi |
| 10/26/2012 | StudentSexParties - Crazy Halloween party Pt1.avi |
| 10/26/2012 | Taken 2 2012 TS XViD AC3-sC0rp |
| 10/26/2012 | Frankenweenie 2012 CAM XviD - MATiNE |

EXHIBIT C

DC45

| Hit Date UTC | Filename |
|---|---|
| 10/26/2012 | The.Simpsons.S24E02.Treehouse.of.Horror.23.720p.WEB.DL.DD5.1.H.264.CtrlHD |
| 10/25/2012 | Bianca.In.her.oral.Fantasies.WetAndPuffy.2010.HD_iyutero.com.wmv |
| 10/25/2012 | Taken 2 (2012) NEW SOURCE READNFO TS XviD-26K |
| 10/24/2012 | SashaBlonde.12.05.19.A.Perfect.Symphony.XXX.1080p.WMV-KTR |
| 10/24/2012 | X-Art - Introducing Diana [1080p].mov |
| 10/23/2012 | Tralen.S01E02.SWEDiSH.PDTV.XviD-TS |
| 10/23/2012 | caribou - the milk of human kindness |
| 10/23/2012 | x-art_leila_last_night_540.wmv |
| 10/23/2012 | x-art_carmen_leila_christmas_vacation_540.wmv |
| 10/23/2012 | x-art_carla-T-T-abby_blonde_ambition_540.wmv |
| 10/23/2012 | prnfle243x.wmv |
| 10/23/2012 | X - art - Silvie (Perfect Lovers) 720p HD |
| 10/23/2012 | X-Art - Strip Poker Eufrat, Silvie [720p].mp4 |
| 10/23/2012 | [X-Art] After Hours - Kitty [1080p].mov |
| 10/23/2012 | x-art_constance_aaron_x-art_on_tv_540.mov |
| 10/23/2012 | Homeland.S02E04.720p.HDTV.x264-EVOLVE.mkv |
| 10/23/2012 | Act of Valor 2012 DVDRip XviD-APA |
| 10/23/2012 | X-Art - Heavenly Brunettes - Tiffany, Brooklyn [720p].wmv |
| 10/23/2012 | [X-Art] The Masseuse - Anneli,Ivy [720p].wmv |
| 10/23/2012 | X-Art - Introducing Kaylee - Kaylee [720p].wmv |
| 10/23/2012 | VA-Party_Rock_Anthems_Vol_3-(534-011-0)-2CD-2012-KOPiE |
| 10/23/2012 | [X-Art] VIP Lounge - Angie [720p].wmv |
| 10/22/2012 | Jose De Rico Feat Henry Mendez - Rayos De Sol single.rar |
| 10/22/2012 | Drop Dead Diva - Season 3 (AlexFilm) |
| 10/22/2012 | X-Art - Perfect Girls - Tiffany, Abby [1080p].mov |
| 10/22/2012 | 12.05.13.Hayden H_Kiera.X-Art.mov |

EXHIBIT C

DC45

| Hit Date UTC | Filename |
|---|---|
| 10/22/2012 | X-Art.com - Tiffani - Like the First Time |

DC45

EXHIBIT C